### J. C. YOUNG v. STATE.
No. 14470.

Court of Criminal Appeals of Texas.
June 17, 1931.

G. de Graffenried, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### LATTIMORE, J.

Conviction for aggravated assault; punishment, a fine of $180.

We find in the record neither statement of facts nor bills of exception. All the proceedings appear to be in conformity with law, and, no error appearing, the judgment will be affirmed.